IN THE 115TH JUDICIAL DISTRICT COURT
IN AND FOR UPSHUR COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2015 9:51:42 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | |
| vs. | § | CAUSE NO. 16,737 |
| | § | |
| BRADLEY LEROY THOMPSON | § | |

## NOTICE OF APPEAL
## AFTER PLEA OF GUILTY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BRADLEY LEROY THOMPSON, Defendant in the above-entitled and numbered cause (hereinafter "Appellant"), by and through his attorney of record, Barry Clark Wallace, who hereby gives NOTICE OF APPEAL in this cause. Rule 25.2(a)(2) of the Texas Rules of Appellate Procedure provide in pertinent part:

In a plea bargain case-that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant-a defendant may appeal only:

(A) those matters that were raised by written motion filed and ruled on before trial, or

(B) after getting the trial court's permission to appeal.

In accordance with Rule 25.2(a)(2)(A), Appellant is seeking review of those matters raised by written motion and ruled on before trial.

Respectfully submitted,

Law Office of Barry Clark Wallace, P.C.
Attorney & Counselor at Law

-1-

P.O. Box 1408
206 E. Upshur
Gladewater, Texas 75647
Telephone: (903)845-2192
Facsimile: (903)845-2193

By:_____
Barry Clark Wallace
State Bar No. 00785170
Attorney for Appellant

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Notice of Appeal After Plea of Guilty was served upon Billy W. Byrd, Upshur County Criminal District Attorney, via hand delivery at the Upshur County Justice Center, 405 N. Titus St., Gilmer, Texas 75644, in accordance with the Rules on this 30th day of December, 2014.

_____
Barry Clark Wallace
State Bar No. 00785170

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

TRIAL COURT NO.    16,737

BRADLEY LEROY THOMPSON            *      IN THE 115TH DISTRICT COURT

VS.                               *      OF

THE STATE OF TEXAS                *      UPSHUR COUNTY, TEXAS

The Record of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF:  Possession of A Controlled Substance

PUNISHMENT ASSESSED:   THIRTY ( 30) Years TDCJ

WAS THIS A REVOCATION OF PROBATION? _____ YES    _____X_____ NO

DEFENDANT IS:  IN JAIL _____X_____    OUT ON BOND _____ OUT ON
PROBATION_____

IF ON BOND, GIVE AMOUNT: $ _____ DATE BOND WAS POSTED: _____

SENTENCE IMPOSED ON THE 2nd DAY OF December, 2014.

IF NO SENTENCE, ORDER APPEALED FROM WAS SIGNED ON : _____ DAY OF _____, _____

WRITTEN NOTICE OF APPEAL WAS FILED ON: 30th DAY OF December, 2014.

MOTION FOR NEW TRIAL FILED ____X____ NO _____ YES , IF YES, DATE FILED _____

*** IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, PLEASE GIVE WRITTEN NOTICE TO THE COUT OF APPEAL IMMEDIATELY.

PRESIDING TRIAL COURT JUDGE: Lauren Parish

TRIAL COURT REPORTER: Deanna Drennan

ADDRESS:  P. O. BOX 1052, GILMER, TEXAS 75644

WAS DEFENDANT DECLARED INDIGENT? _____X_____ YES _____ NO

DEFENDANT 'S COUNSEL IS: RETAINED _____ APPOINTED ____X_____ PRO SE _____

DEFENDANT IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME:  Barry Wallace

BAR CODE NUMBER  00785170

ADDRESS:  P. O.  BOX 1408, GLADEWATER, TEXAS 75647

STATE IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME:  Billy W. Byrd

BAR CODE NUMBER  24034354

ADDRESS: 405 N. Titus, Gilmer, Texas 75644

IF TWO OR MORE CASES WERE TRIED TOGETHER, LIST CASE NUMBERS ONLY:

IF COMPANION CASE, LIST DOCKET NUMBER AND DEFENDANT'S NAME:

**** SEND SEPARATE CERTIFICATE FOR EACH CASE APPEALED

DATED THE 5th DAY OF  January,  2015.

KAREN BUNN, DISTRICT CLERK

BY: MELISSA CHEVALIER, DEPUTY CLERK